TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00365-CV

Edwin E. Hanz and wife, Anita M. Hanz, Individually and as Trustees 

of the Edwin Hanz and Anita M. Hanz Living Trusts, Appellants

v.

HCG, Ltd., a Texas Limited Partnership, Appellee

FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT

NO. C99-909A, HONORABLE JACK H. ROBISON, JUDGE PRESIDING 

PER CURIAM

 The parties announce that they have settled their differences at mediation and jointly
move to dismiss this appeal. We grant the motion and dismiss this appeal.

Before Chief Justice Aboussie, Justices B. A. Smith and Patterson

Dismissed on Joint Motion

Filed: September 14, 2000

Do Not Publish